April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

TED LAZARIDES, IN HIS OFFICIAL CAPACITY, Appellant

NO. 14-11-00404-CV           V.

GRADY FARRIS, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Grady Farris, signed April 14, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and we **REMAND** appellee Grady Farris's *ultra vires* claims to the trial court, as Farris has attempted to allege claims for prospective declaratory and injunctive relief based upon appellant Lazarides's alleged *ultra vires* acts, but has not properly pleaded those claims or stated facts sufficient to demonstrate that those claims are ripe or not moot. We **REVERSE** and **RENDER** judgment dismissing all remaining official capacity claims against Lazarides for lack of subject-matter jurisdiction.

We order appellee, Grady Farris, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.